IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON KEITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NUMBER 1:13-CV-02819-ODE-JSA |
| MICHAEL DIMOCK, a police officer ) | |
| with the City of East Point Police ) | |
| Department., as an individual, and ) | |
| THE CITY OF EAST POINT, ) | |
| GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW plaintiff Brandon Keith and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice.

The parties hereby stipulate to the dismissal of this action, with prejudice, and further stipulate that each party shall bear its own costs and fees.

[SIGNATURES APPEAR ON FOLLOWING PAGE.]

-2-

| | |
|---|---|
| LAW OFFICES OF ROBB D. ORTMAN, P.C. | FREEMAN MATHIS & GARY, LLP |
| */s/ Robert Douglas Ortman* <br> Robert Douglas Ortman <br> Georgia Bar No. 554911 <br> Robertortman123@gmail.com <br> (signed with express permission by Brian R. Dempsey) | */s/ Brian R. Dempsey* <br> Theodore Freeman <br> Georgia Bar No. 276350 <br> tfreeman@fmglaw.com <br> Brian R. Dempsey <br> Georgia Bar No. 217596 <br> bdempsey@fmglaw.com |
| P.O. Box 724263 <br> Atlanta, Georgia 31139-4263 <br> (404) 512-2925 (telephone) | 100 Galleria Parkway, Suite 1600 <br> Atlanta, Georgia 30339-5948 <br> (770) 818-0000 (telephone) <br> (770) 937-9960 (facsimile) |
| Attorney for Plaintiff | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants, and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

Robert Douglas Ortman, Esq.
Law Offices of Robb D. Ortman, P.C.
P.O. Box 724263
Atlanta, GA  31139

This 25th day of September, 2014.

*/s/ Brian R. Dempsey*
Brian R. Dempsey
Georgia Bar No. 217596
bdempsey@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)